**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-42730 |
| | § | |
| MATTIE ALSTON ROACH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $89,900.00 | Assets Exempt: | $51,416.00 |
| Total Distributions to Claimants: | $1,112.39 | Claims Discharged Without Payment: | $71,024.87 |
| Total Expenses of Administration: | $1,887.61 | | |

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $159,512.41 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,887.61 | $1,887.61 | $1,887.61 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,998.75 | $34,138.51 | $34,138.51 | $1,112.39 |
| **Total Disbursements** | $197,511.16 | $36,026.12 | $36,026.12 | $3,000.00 |

4). This case was originally filed under chapter 7 on 12/18/2015. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2017 By: /s/ David P. Leibowitz
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Debtor's interest in North Carolina property - Minter School Rd.Auctioneer valued at $3600 | 1210-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $3,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Residential Credit Solutions | 4110-000 | $159,512.41 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $159,512.41 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $39.50 | $39.50 | $39.50 |
| Green Bank | 2600-000 | NA | $11.28 | $11.28 | $11.28 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $725.00 | $725.00 | $725.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $11.83 | $11.83 | $11.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,887.61 | $1,887.61 | $1,887.61 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $0.00 | $10,752.29 | $10,752.29 | $350.36 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | $0.00 | $23,386.22 | $23,386.22 | $762.03 |
| | ADT Security Services LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $22,984.91 | $0.00 | $0.00 | $0.00 |
| | Chase Slate | 7100-000 | $4,276.70 | $0.00 | $0.00 | $0.00 |
| | Discover | 7100-000 | $10,737.14 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,998.75 | $34,138.51 | $34,138.51 | $1,112.39 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

 Exhibit 8

**Case No.:** 15-42730
**Case Name:** ROACH, MATTIE ALSTON
**For the Period Ending:** 8/8/2017

**Trustee Name:** David Leibowitz
**Date Filed (f) or Converted (c):** 12/18/2015 (f)
**§341(a) Meeting Date:** 01/27/2016
**Claims Bar Date:** 07/08/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|---|
| 1 | 4213 South Champlain Ave, Chicago, IL 60653 Cook County | | $89,900.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Order Granting Motion To Compel Abandonment (Dkt # 27) | | | | | | |
| 2 | 2005 Pontiac Vibe 193,000 MILES Half-interest in deceased husband's auto | | $600.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods and furnishings Debtor's residence | | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Electronics Debtor's residence | | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Clothes Debtor's residence | | $150.00 | $0.00 | | $0.00 | FA |
| 6 | Cash | | $20.00 | $0.00 | | $0.00 | FA |
| 7 | Checking account TCF Bank | | $41.00 | $0.00 | | $0.00 | FA |
| 8 | Checking account Joint account with daughter Arlena Roach Banl of America | | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Checking account Urban Partnership Bank | | $5.00 | $0.00 | | $0.00 | FA |
| 10 | Pension Cook County Pension Board (survivor's interest from deceased husband's employment) | | $50,000.00 | $0.00 | | $0.00 | FA |
| 11 | Debtor's interest in North Carolina property - 14 acres on Beulah Brown Rd. (co-owned with over 20 family members)<br>Auctioneer valued at $51k, but would need to be divided by at least 20 | (u) | $0.00 | $2,550.00 | | $0.00 | FA |
| Asset Notes: | This is co-owned by approximately 20 of Debtor's family members and is also a family grave site. | | | | | | |
| 12 | Debtor's interest in North Carolina property - Minter School Rd.<br>Auctioneer valued at $3600 | (u) | $0.00 | $3,000.00 | | $3,000.00 | FA |
| Asset Notes: | Settling Debtor's interest in this property for $3000, to be paid monthly, until she receives her 2016 tax refund, which will pay the balance owed. (dkt 28) | | | | | | |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $141,316.00 | $5,550.00 | $3,000.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 15-42730
**Case Name:** ROACH, MATTIE ALSTON
**For the Period Ending:** 8/8/2017

**Trustee Name:** David Leibowitz
**Date Filed (f) or Converted (c):** 12/18/2015 (f)
**§341(a) Meeting Date:** 01/27/2016
**Claims Bar Date:** 07/08/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

06/13/2017 TFR sent to UST office for review and approval

06/30/2016 2016 Reporting Period:
Asset - Unscheduled property on Minter School Road in North Carolina

Debtor has two unscheduled properties in North Carolina. One of the properties is co-owned with approximately 20 family members. Debtor will settle with the Trustee for the second property for $3000, paid in monthly installments, with the balance due upon receipt of her 2016 tax refund.

**Initial Projected Date Of Final Report (TFR):** 02/28/2017

**Current Projected Date Of Final Report (TFR):** 06/14/2017

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-42730 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROACH, MATTIE ALSTON | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***7127 | **Checking Acct #:** | ******3001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Roach, Mattie |
| **For Period Beginning:** | 12/18/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/01/2016 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties (from TCF Bank) | 1210-000 | $200.00 | | $200.00 |
| 08/31/2016 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $400.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $399.69 |
| 09/30/2016 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $599.69 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.65 | $599.04 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.90 | $598.14 |
| 11/07/2016 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $798.14 |
| 11/30/2016 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $998.14 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.17 | $996.97 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.60 | $995.37 |
| 01/03/2017 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $1,195.37 |
| 01/30/2017 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $1,395.37 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.91 | $1,393.46 |
| 02/28/2017 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $200.00 | | $1,593.46 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.03 | $1,591.43 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.71 | $1,588.72 |
| 04/03/2017 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $400.00 | | $1,988.72 |
| 04/03/2017 | (12) | ROACH, MATTIE ALSTON | Settlement of Debtor's interest in North Carolina properties | 1210-000 | $1,000.00 | | $2,988.72 |
| 07/20/2017 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | 2700-000 | | $350.00 | $2,638.72 |
| | | | | **SUBTOTALS** | $3,000.00 | $361.28 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-42730 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROACH, MATTIE ALSTON | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***7127 | **Checking Acct #:** | ******3001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Roach, Mattie |
| **For Period Beginning:** | 12/18/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/20/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $11.83; Distribution Dividend: 100.00%; | 3120-000 | | $11.83 | $2,626.89 |
| 07/20/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $725.00; Distribution Dividend: 100.00%; | 3110-000 | | $725.00 | $1,901.89 |
| 07/20/2017 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $1,151.89 |
| 07/20/2017 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $39.50 | $1,112.39 |
| 07/20/2017 | 3006 | Discover Bank | Claim #: 1; Amount Claimed: $10,752.29; Distribution Dividend: 3.26%; | 7100-900 | | $350.36 | $762.03 |
| 07/20/2017 | 3007 | AMERICAN EXPRESS CENTURION BANK | Claim #: 2; Amount Claimed: $23,386.22; Distribution Dividend: 3.26%; | 7100-900 | | $762.03 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $3,000.00 | $3,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $3,000.00 | $3,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $3,000.00 | $3,000.00 | |

**For the period of 12/18/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/01/2016 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-42730 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROACH, MATTIE ALSTON | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***7127 | **Checking Acct #:** | ******3001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Roach, Mattie |
| **For Period Beginning:** | 12/18/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 12/18/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/18/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ